# RONALD B. McGUIRE, ESQ.
*Member of the New York Bar*

30 Newport Parkway - Suite 2608  
Jersey City, N.J. 07310

**MEMO ENDORSED**

PHONE: (201) 795-0342  
FAX: (201) 795-5571 (not for service)  
E-MAIL: ronmcguire@att.net

March 26, 2009

**BY FIRST CLASS MAIL**

Honorable Thomas P. Griesa  
United States District Courthouse  
Southern District of New York  
500 Pearl Street  
New York, N.Y. 10007-1312

Re: <u>Williams v. Williams</u>, 07 Civ. 119 (TPG)  
    Request For Adjournment

RECEIVED MAR 31 2009 CHAMBERS OF JUDGE GRIESA

Your Honor:

    I am the attorney for the Plaintiffs. I write to request an adjournment of the time for Plaintiffs to submit opposition papers to Defendants' motion to dismiss from March 27, 2009 until April 27, 2009. Defendants' Attorney Assistant Attorney General Karen Dahlberg told me that she takes no position on this request. This is the first request for an adjournment of this motion by the Plaintiffs.

    I make this request because my work has been impeded by serious health problems since the end of October 2008 when I was diagnosed with phlebitis and deep vein thrombosis. My doctors have advised me in the strongest terms to avoid sitting at my desk for more than 45 minutes or an hour at a time. This week I became incapacitated after I failed to follow my doctors' advice while I tried to complete an application for attorney fees in <u>Sigal v. Moses</u>, 98 Civ. 3940 (SDNY)(TPG). I also need to complete my income tax return before April 15th.

    I apologize for any inconvenience to the Court or to the Defendants caused by this request for an adjournment. I respectfully ask that the Court extend the date for Plaintiffs to oppose Defendants' motion to dismiss from March 27, 2009 until April 27, 2009.

    Thank you for your consideration of this request.

*Approved*  
*Thomas P. Griesa*  
*(SDNY) 4/1/09*

Respectfully yours,  
Ronald B. McGuire

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 4/2/09

cc: Karen A. Dahlberg, Esq. (by fax)